**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**NORTHERN DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                    Case No. 96-CR-20063-BC

VENTON DALE TALLEY,

    Defendant.
_____/

**ORDER HOLDING MATTER IN ABEYANCE AND**
**DIRECTING SUBMISSION OF AN UPDATED REPORT**

The matter is before the court on the motion of Defendant Venton Dale Talley for a possible reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2). The court has calculated that Defendant's earliest *possible* release date is not until August of 2010. The court has determined that it should address those motions involving defendants with earlier possible release dates before reaching defendants whose potential release dates are in 2010 or later. This determination is primarily based on considerations of judicial economy but will also allow the court to consider Defendant's future conduct when the matter is ready for review. Accordingly,

IT IS ORDERED that this matter is HELD IN ABEYANCE pending further order of the court. IT IS FURTHER ORDERED that the probation department is DIRECTED to prepare and submit an updated § 1.B1.10 Report on **December 29, 2009.**

                                          s/Robert H. Cleland
                                          ROBERT H. CLELAND
                                          UNITED STATES DISTRICT JUDGE

Dated: January 9, 2009

2

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, January 9, 2009, by electronic and/or ordinary mail.

                                         s/Lisa Wagner
                                        Case Manager and Deputy Clerk
                                        (313) 234-5522