**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**NORTHERN DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                  Case No. 96-CR-20063-BC

JOHNNIE JONES, III,

    Defendant.
                                                 /

**ORDER HOLDING MATTER IN ABEYANCE AND**
**DIRECTING SUBMISSION OF AN UPDATED REPORT**

This matter is before the court on the stipulation of the parties for a possible reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) for Defendant Johnnie Jones, III. The court has reviewed the stipulation of the parties and is not presently inclined to grant a reduction. The court will, however, revisit this matter in late 2009, taking into consideration, among other factors, Defendant's future conduct. Accordingly,

IT IS ORDERED that this matter is HELD IN ABEYANCE pending further order of the court. IT IS FURTHER ORDERED that the probation department is DIRECTED to prepare and submit an updated § 1.B1.10 Report on **December 4, 2009.**

                                                    s/Robert H. Cleland
                                                    ROBERT H. CLELAND
                                                    UNITED STATES DISTRICT JUDGE

Dated: February 13, 2009

2

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, February 13, 2009, by electronic and/or ordinary mail.

                                                s/Lisa Wagner
                                                Case Manager and Deputy Clerk
                                                (313) 234-5522