**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                          Case No. 96-CR-20063-DT

JOHNNIE JONES III,

    Defendant.

                                                          /

**ORDER STRIKING MARCH 18, 2010 "JUDGMENT"**

      On March 18, 2010, the court issued an order granting Defendant Johnnie Jones III's motion for reconsideration and reducing his sentence. The last sentence of the order indicated that a judgment would issue. Consistent with that directive, the Clerk of the Court simultaneously issued an "Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)," which is the form of judgment utilized by this district to reduce a term of imprisonment under 18 U.S.C. § 3582(c)(2). (*See* Dkt. # 157.) However, the Clerk of Court also mistakenly entered, without the undersigned's approval, a "Judgment," in the form which is commonly utilized for civil cases. (Dkt. # 159.) This form of judgment is inapplicable in criminal cases and will therefore be stricken as improvidently filed. Accordingly,

      IT IS ORDERED that the March 18, 2010 "Judgment" [Dkt. # 159] is STRICKEN from the docket of this court.

                                                    S/Robert H. Cleland
                                                    ROBERT H. CLELAND
                                                    UNITED STATES DISTRICT JUDGE

Dated: April 13, 2010

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, April 13, 2010, by electronic and/or ordinary mail.

 S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522

S:\Cleland\CHD\Criminal\96-20063.JONES.StrikeJudgment.wpd