**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                         Case No. 96-CR-20063-DT

JOHNNIE JONES III,

    Defendant.
                                              /

### ORDER STRIKING MARCH 18, 2010 "JUDGMENT"

On March 18, 2010, the court issued an order granting Defendant Johnnie Jones III's motion for reconsideration and reducing his sentence. The last sentence of the order indicated that a judgment would issue. Consistent with that directive, the Clerk of the Court simultaneously issued an "Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)," which is the form of judgment utilized by this district to reduce a term of imprisonment under 18 U.S.C. § 3582(c)(2). (*See* Dkt. # 157.) However, the Clerk of Court also mistakenly entered, without the undersigned's approval, a "Judgment," in the form which is commonly utilized for civil cases. (Dkt. # 159.) This form of judgment is inapplicable in criminal cases and will therefore be stricken as improvidently filed. Accordingly,

IT IS ORDERED that the March18, 2010 "Judgment" [Dkt. # 159] is STRICKEN from the docket of this court.

                                                              S/Robert H. Cleland
                                                              ROBERT H. CLELAND
                                                              UNITED STATES DISTRICT JUDGE

Dated: April 13, 2010

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, April 13, 2010, by electronic and/or ordinary mail.

 S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522

S:\Cleland\CHD\Criminal\96-20063.JONES.StrikeJudgment.wpd